IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANTONIO JOHNSON,

     Appellant,

 v.

           Case No.  5D22-1089
           LT Case No. 2021-SC-003738

JPAY, INC.,

     Appellee.

_____/

Decision filed February 21, 2023

Appeal from the County Court
for Lake County,
Carla R. Pepperman, Judge.

Antonio Johnson, Clermont, pro se.

Jonathan A. Heller, of Law Offices of
Jonathan A. Heller, P.A., Coral
Gables, for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, EDWARDS and SOUD, JJ., concur.